# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: RYAN D. NELSON & MIRANDA M. NELSON          Case Number: 06-70425
5626 ALMA DRIVE                           SSN-xxx-xx-4854 & xxx-xx-3233
ROCKFORD, IL  61108

Case filed on:    3/23/2006
Plan Confirmed on:  1/19/2007

D Dismissed

Total funds received and disbursed pursuant to the plan: $9,352.34            Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | ATTORNEY GARY C FLANDERS | 3,398.20 | 3,398.20 | 3,118.27 | 0.00 |
|  | Total Legal | 3,398.20 | 3,398.20 | 3,118.27 | 0.00 |
| 006 | HARVARD COLLECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | INTERNAL REVENUE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | INTERNAL REVENUE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | PROFESSIONAL ACCOUNT MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | LTD FINANCIAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | CB ACCOUNTS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | CB ACCOUNTS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 034 | MRS ASSOCIATES, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 036 | PLAZA ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 038 | ACCOUNT RECOVERY SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 040 | ROCKFORD MERCANTILE AGENCY | 0.00 | 0.00 | 0.00 | 0.00 |
| 045 | CREDITOR SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 047 | ROCKFORD MERCANTILE AGENCY | 0.00 | 0.00 | 0.00 | 0.00 |
| 051 | SWEDISH AMERICAN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | ILLINOIS DEPARTMENT OF REVENUE | 2,264.16 | 2,264.16 | 2,264.16 | 0.00 |
| 008 | INTERNAL REVENUE SERVICE | 1,931.61 | 1,931.61 | 1,931.61 | 0.00 |
|  | Total Priority | 4,195.77 | 4,195.77 | 4,195.77 | 0.00 |
| 999 | RYAN D. NELSON | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | DAVID & SUSAN NELSON | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | FIRST FRANKLIN FINANCIAL CORP | 1,241.39 | 1,241.39 | 1,241.39 | 0.00 |
| 003 | ECAST SETTLEMENT CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 1,241.39 | 1,241.39 | 1,241.39 | 0.00 |
| 003 | ECAST SETTLEMENT CORPORATION | 1,882.02 | 1,882.02 | 0.00 | 0.00 |
| 004 | TOYOTA MOTOR CREDIT CORPORATION | 14,690.41 | 0.00 | 0.00 | 0.00 |
| 005 | ILLINOIS DEPARTMENT OF REVENUE | 746.04 | 746.04 | 0.00 | 0.00 |
| 008 | INTERNAL REVENUE SERVICE | 124.84 | 124.84 | 0.00 | 0.00 |
| 010 | AMERICAN EXPRESS BANK FSB | 3,394.62 | 3,394.62 | 26.19 | 0.00 |
| 011 | ASSOCIATED BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | ASSOCIATES CREDIT CARD | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | LVNV FUNDING LLC | 8,357.95 | 8,357.95 | 64.47 | 0.00 |
| 016 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | CHARLES BRADY | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | B-REAL LLC | 6,737.52 | 6,737.52 | 51.97 | 0.00 |
| 019 | CITIBANK N.A. | 5,968.00 | 5,968.00 | 46.04 | 0.00 |
| 020 | FIRST PREMIER | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | HOUSEHOLD CREDIT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | HULSEBUS CHIROPRACTIC | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | JOY PUBLICATIONS | 470.46 | 470.46 | 0.00 | 0.00 |
| 024 | NICOR | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | CITIBANK USA NA | 2,719.64 | 2,719.64 | 20.98 | 0.00 |
| 026 | OSF MEDICAL GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | OSF MEDICAL GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | OSF MEDICAL GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | OSF MEDICAL GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | PRIORITY CLUB REWARDS CARD | 0.00 | 0.00 | 0.00 | 0.00 |
| 033 | PROVIDIAN NATIONAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 035 | RETAILERS NATIONAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 037 | RHS ANESTHESIOLOGY | 0.00 | 0.00 | 0.00 | 0.00 |
| 039 | ROCKFORD E A S | 105.40 | 105.40 | 0.00 | 0.00 |
| 041 | ROCKFORD HEALTH PHYSICIANS | 94.34 | 94.34 | 0.00 | 0.00 |

**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

| | | | | | |
|---|---|---|---|---|---|
| 042 | ROCKFORD HEALTH PHYSICIANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 043 | ROCKFORD HEALTH SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 044 | ROCKFORD MEMORIAL HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 046 | ROCKFORD MEMORIAL HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 048 | ROCKFORD MEMORIAL HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 049 | SWEDISH AMERICAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 050 | SWEDISH AMERICAN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 052 | ROUNDUP FUNDING LLC | 142.61 | 142.61 | 0.00 | 0.00 |
| 053 | ASSET ACCEPTANCE CORP | 557.78 | 557.78 | 0.00 | 0.00 |
| 054 | ECAST SETTLEMENT CORPORATION | 1,040.52 | 1,040.52 | 0.00 | 0.00 |
| 055 | ACCOUNT RECOVERY SERVICES INC | 7.33 | 7.33 | 0.00 | 0.00 |
| 056 | ROCKFORD MERCANTILE AGENCY INC | 383.56 | 383.56 | 0.00 | 0.00 |
| 057 | B-REAL LLC | 1,969.01 | 1,969.01 | 15.18 | 0.00 |
| | Total Unsecured | 49,392.05 | 34,701.64 | 224.83 | 0.00 |
| | Grand Total: | 58,227.41 | 43,537.00 | 8,780.26 | 0.00 |

Total Paid Claimant:       $8,780.26
Trustee Allowance:         $572.08
Percent Paid Unsecured:    0.65

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

    /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 03/26/2008              By  /s/Heather M. Fagan